UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Esther Ilovits** individually
and all other similarly situated consumers,

        Plaintiff,

v.                                        **STIPULATION OF DISMISSAL**

                                            Case No. 1:16-cv-05346-DLI-LB

**Capital Management Services LP**

        Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 6th day of April 2015.

| | |
|---|---|
| /s/ David Palace | /s/ Aaron R. Easley |
| David Palace, Esq. | Aaron R. Easley, Esq. |
| Law Offices of David Palace | Sessions, Fishman, Nathan & Israel, l.l.c. |
| 383 Kingston Avenue, #113 | 3 Cross Creek Drive |
| Brooklyn, NY  11213 | Flemington, NJ 08822 |
| Phone: (347) 651-1077 | 908-237-1660 |
| Fax: (347) 464-0012 | Fax: 908-237-1663 |
| Email: davidpalaceesq@gmail.com | Email: mslodov@sessions-law.biz |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |